**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   7

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | DG Mechanical LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FKA RNE Development LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-4060531 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2024 Trailing Pines Way <br> Fleming Island, FL 32003 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| Clay <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   DG Mechanical LLC _____   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | DG Mechanical LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**     .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   DG Mechanical LLC
      Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 14, 2023
           MM / DD / YYYY

**X** /s/ Nicholas Gardella            Nicholas Gardella
Signature of authorized representative of debtor      Printed name

Title    President & Registered Agent

**18. Signature of attorney**

**X** /s/ Todd Henry             Date    July 14, 2023
Signature of attorney for debtor                 MM / DD / YYYY

Todd Henry 0077003
Printed name

Todd W. Henry, Law Office
Firm name

1555 Kingsley Avenue, Suite 405
Orange Park, FL 32073
Number, Street, City, State & ZIP Code

Contact phone   (904) 264-6776      Email address   todd.henry@toddhenrylaw.com

0077003 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name __DG Mechanical LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 14, 2023__     **X** /s/   Nicholas Gardella
                                         Signature of individual signing on behalf of debtor

                                         Nicholas Gardella
                                         Printed name

                                         President & Registered Agent
                                         Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name ___ DG Mechanical LLC ___

United States Bankruptcy Court for the: ___ MIDDLE DISTRICT OF FLORIDA ___

Case number (if known) ___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ _____ 27,072.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ _____ 27,072.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ _____ 13,078.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 523,436.29

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 536,514.29

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>DG Mechanical LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| | | |
|---|---|---|
| 11b. Over 90 days old: | 11,640.00  -  5,820.00  =.... | $5,820.00 |
| | face amount      doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 12,000.00  -  6,000.00  =.... | $6,000.00 |
| | face amount      doubtful or uncollectible accounts | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$11,820.00

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    DG Mechanical LLC _____    Case number *(If known)* _____
        Name

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☒ No.   Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☒ No.   Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No.   Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.   Go to Part 9.
   ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2018 GMC Sierra used as a work truck<br>VIN: 3GTU2LEC5JG483109<br>93,024 miles<br>Tear on interior seats and soiled - dent on the right of the truck bed - general scratches and dents - needs tires and general maintenance - flooring worn and diry | $0.00 | | $15,252.00 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**

     Add lines 47 through 50.   Copy the total to line 87.                             $15,252.00

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☒ No
   ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

**Part 9:**    **Real property**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    DG Mechanical LLC                                          Case number *(If known)* _____
_____
        Name

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

                                                                    **Current value of**
                                                                    **debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit**
        **has been filed)**
        Brandon Dickman, 6505 Sassafras Dr, Independence, KY
        41051                                                                      Unknown
        **Nature of claim**        _____
        **Amount requested**       _____$70,000.00

75.     **Other contingent and unliquidated claims or causes of action of**
        **every nature, including counterclaims of the debtor and rights to**
        **set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.     **Total of Part 11.**                                                      $0.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ☒ No
        ☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    DG Mechanical LLC _____    Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,820.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,252.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,072.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $27,072.00 |

**Fill in this information to identify the case:**

Debtor name ___DG Mechanical LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** The Huntington National Bank<br><br>Creditor's Name<br><br><br><br>PO Box 1558<br>Columbus, OH 43216-1558<br><br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>2018 GMC Sierra used as a work truckVIN: 3GTU2LEC5JG48310993,024 milesTear on interior seats and soiled - dent on the right of the truck bed - general scratches and dents - needs tires and general maintenance - flooring worn and diry<br><br>**Describe the lien**<br>Automobile Loan<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,078.00 | $15,252.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   ☐ $13,078.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured claims.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        DG Mechanical LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>A&S<br>5 Coordinator Drive<br>Erlanger, KY 41018 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,855.36 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 3919 | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>ByzFunder NY LLC<br>263 W 38th Street St FL 13<br>New York, NY 10018 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>City of Cincinnati Finance<br>Income Tax Division<br>805 Central Avenue, Suite 600<br>Cincinnati, OH 45202 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $650.23 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 996B | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Commonweath of Kentucky DOR<br>Kentucky Department of Revenue<br>Frankfort, KY 40619 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Taxes | |
| | **Last 4 digits of account number** 6949 | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Corken<br>7910 Kentucky Drive<br>Florence, KY 41042 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,714.37 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | DG Mechanical LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,825.00
Everest Business Funding
102 W 38th Street, 6th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00
First Financial Bank
Oakbrook Branch: 6081 Limaburg Road
Burlington, KY 41005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _7593_

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00
First Financial Bank
P.O Box 42070
Middletown, OH 45042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _6950_

**Basis for the claim:** _Credit card purchases_
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,540.00
Forward Financing LLC
53 State Street, 20th floor
Boston, MA 02109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.60
Habegger
PO Box 23128
Cincinnati, OH 45223-0128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _2286_

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00
Home Depot
2455 Paces Ferry Road, NW
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _1532_

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00
Inspection Bureau Inc.
250 W Court St #125 W
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _lla1_

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,000.00
Kapitus LLC
2500 Wilson Boulevard Suite 350
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _9821_

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor   **DG Mechanical LLC**                                                   Case number (if known) _____
      Name

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,428.20 |
|---|---|---|---|
| | Liberty Mutual Insurance<br>100 Liberty Way<br>Dover, NH 03820-4597 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 1140 | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | Munninghoff Lange<br>231 Scott Street, Ste 300<br>Covington, KY 41011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.13 |
|---|---|---|---|
| | Owen Electric<br>8205 Highway 127 N<br>PO Box 400<br>Owenton, KY 40359-0400 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 1001 | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,309.00 |
|---|---|---|---|
| | Quickbooks<br>2920 Muirfield Dr,<br>Lewisville, TX 75067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 4418 | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|
| | Ruberg Law PLLC<br>25 Town Center Blvd<br>Ft Mitchell, KY 41017-2417 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 6/27/2023 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | Rumpke Sanitation<br>3990 Generation Dr,<br>Cincinnati, OH 45251 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 2021 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 12 | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,000.00 |
|---|---|---|---|
| | SBA Disaster Loan Serving<br>2 North 20th Street Suite 320<br>Birmingham, AL 35203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 7804 | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.28 |
|---|---|---|---|
| | Spectrum Business<br>1600 Dublin Road<br>Columbus, OH 43215-1076 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 9748 | Is the claim subject to offset? ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **DG Mechanical LLC**
      Name                                    Case number *(if known)*

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$804.00**

The Huntington National Bank
P.O. Box 1558 EA1W37
Columbus, OH 43216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** __3697__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$804.12**

The Huntington National Bank
P.O. Box 1558 EA1W37
Columbus, OH 43216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** __3707__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,452.00**

The Huntington National Bank
P.O. Box 1558 EA1W37
Columbus, OH 43216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number** __9830__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,078.00**

The Huntington National Bank
P.O. Box 5065, OPC829
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vehicle Loan__

**Last 4 digits of account number** __6492__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,789.00**

The Huntington National Bank
PO Box 182232, GW1W34
Columbus, OH 43218-2232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** __7487__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,000.00**

Trane
2313 S 20th Street
La Crosse, WI 54601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** __3982__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,700.00**

Wiseway
7103 Turfway Road, suite 100
Florence, KY 41042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Debtor | DG Mechanical LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | AGA<br>740 Walt Whitman Rd.<br>Melville, NY 11747-9090 | Line 3.5<br>☐ Not listed. Explain ____ | 1461 |
| 4.2 | Complete Payment Recovery Services, Inc.<br>PO Box 30184<br>Tampa, FL 33630-3184 | Line 3.7<br>☐ Not listed. Explain ____ | 8278 |
| 4.3 | Ruberg Law, PLLC<br>25 Town Center Blvd. Suite 204<br>Ft Mitchell, KY 41017-2417 | Line 3.1<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 523,436.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 523,436.29 |

**Fill in this information to identify the case:**

Debtor name    DG Mechanical LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    DG Mechanical LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Kapitus LLC | ☐ D _____<br>☒ E/F   3.13  <br>☐ G _____ |
| 2.2 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Forward Financing LLC | ☐ D _____<br>☒ E/F   3.9  <br>☐ G _____ |
| 2.3 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Everest Business Funding | ☐ D _____<br>☒ E/F   3.6  <br>☐ G _____ |
| 2.4 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Quickbooks | ☐ D _____<br>☒ E/F   3.17  <br>☐ G _____ |
| 2.5 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | ByzFunder NY LLC | ☐ D _____<br>☒ E/F   3.2  <br>☐ G _____ |
| 2.6 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | SBA Disaster Loan Serving | ☐ D _____<br>☒ E/F   3.20  <br>☐ G _____ |

Debtor    DG Mechanical LLC _____    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

*Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.*

*Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.7 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Inspection Bureau Inc. | ☐ D _____<br>☒ E/F __3.12__<br>☐ G _____ |
| 2.8 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Trane | ☐ D _____<br>☒ E/F __3.27__<br>☐ G _____ |
| 2.9 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | A&S | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.10 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Wiseway | ☐ D _____<br>☒ E/F __3.28__<br>☐ G _____ |
| 2.11 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Corken | ☐ D _____<br>☒ E/F __3.5__<br>☐ G _____ |
| 2.12 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | First Financial Bank | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.13 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | First Financial Bank | ☐ D _____<br>☒ E/F __3.8__<br>☐ G _____ |
| 2.14 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F __3.22__<br>☐ G _____ |
| 2.15 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F __3.23__<br>☐ G _____ |
| 2.16 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F __3.24__<br>☐ G _____ |

Debtor    DG Mechanical LLC _____    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | | |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |

| | | | |
|---|---|---|---|
| 2.17 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.18 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Home Depot | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.19 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Spectrum Business | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.20 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | City of Cincinnati<br>Finance | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.21 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Liberty Mutual<br>Insurance | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.22 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Owen Electric | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
| 2.23 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Habegger | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |
| 2.24 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F ___3.26___<br>☐ G _____ |
| 2.25 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Commonweath of<br>Kentucky DOR | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.26 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | DG Mechanical LLC | Case number *(if known)* | |
|--------|-------------------|--------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.27 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Rumpke Sanitation | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.28 | Nicholas Gardella | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Munninghoff Lange | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.29 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Kapitus LLC | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.30 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Forward Financing<br>LLC | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.31 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Everest Business<br>Funding | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.32 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Quickbooks | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |
| 2.33 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | ByzFunder NY LLC | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.34 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | SBA Disaster Loan<br>Serving | ☐ D _____<br>☒ E/F ___3.20___<br>☐ G _____ |
| 2.35 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Inspection Bureau Inc. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.36 | RNE Development<br>LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Trane | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |

| Debtor | DG Mechanical LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.37 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | A&S | ☐ D _____ ☒ E/F ___3.1___ ☐ G _____ |
| 2.38 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Wiseway | ☐ D _____ ☒ E/F ___3.28___ ☐ G _____ |
| 2.39 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Corken | ☐ D _____ ☒ E/F ___3.5___ ☐ G _____ |
| 2.40 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | First Financial Bank | ☐ D _____ ☒ E/F ___3.7___ ☐ G _____ |
| 2.41 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | First Financial Bank | ☐ D _____ ☒ E/F ___3.8___ ☐ G _____ |
| 2.42 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | The Huntington National Bank | ☐ D _____ ☒ E/F ___3.22___ ☐ G _____ |
| 2.43 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | The Huntington National Bank | ☐ D _____ ☒ E/F ___3.23___ ☐ G _____ |
| 2.44 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | The Huntington National Bank | ☐ D _____ ☒ E/F ___3.24___ ☐ G _____ |
| 2.45 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | The Huntington National Bank | ☐ D _____ ☒ E/F ___3.25___ ☐ G _____ |
| 2.46 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Home Depot | ☐ D _____ ☒ E/F ___3.11___ ☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor   DG Mechanical LLC _____    Case number *(if known)* _____

| ████ | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.47 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Ruberg Law PLLC | ☐ D _____ ☒ E/F ___3.18___ ☐ G _____ |
| 2.48 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Spectrum Business | ☐ D _____ ☒ E/F ___3.21___ ☐ G _____ |
| 2.49 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | City of Cincinnati Finance | ☐ D _____ ☒ E/F ___3.3___ ☐ G _____ |
| 2.50 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Liberty Mutual Insurance | ☐ D _____ ☒ E/F ___3.14___ ☐ G _____ |
| 2.51 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Owen Electric | ☐ D _____ ☒ E/F ___3.16___ ☐ G _____ |
| 2.52 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Habegger | ☐ D _____ ☒ E/F ___3.10___ ☐ G _____ |
| 2.53 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | The Huntington National Bank | ☐ D _____ ☒ E/F ___3.26___ ☐ G _____ |
| 2.54 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Commonweath of Kentucky DOR | ☐ D _____ ☒ E/F ___3.4___ ☐ G _____ |
| 2.55 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | The Huntington National Bank | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.56 | RNE Development LLC | 2024 Trailing Pines Way Fleming Island, FL 32003 | Rumpke Sanitation | ☐ D _____ ☒ E/F ___3.19___ ☐ G _____ |

| Debtor | DG Mechanical LLC | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.57 | RNE Development LLC | 2024 Trailing Pines Way<br>Fleming Island, FL 32003 | Munninghoff Lange | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.58 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Kapitus LLC | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.59 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Forward Financing LLC | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.60 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Everest Business Funding | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.61 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Quickbooks | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |
| 2.62 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | ByzFunder NY LLC | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.63 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | SBA Disaster Loan Serving | ☐ D _____<br>☒ E/F ___3.20___<br>☐ G _____ |
| 2.64 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Inspection Bureau Inc. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.65 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Trane | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.66 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | A&S | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |

| Debtor | DG Mechanical LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

*Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.67 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Wiseway | ☐ D _____<br>☒ E/F ___3.28___<br>☐ G _____ |
| 2.68 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Corken | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.69 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | First Financial Bank | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.70 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | First Financial Bank | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.71 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.72 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F ___3.23___<br>☐ G _____ |
| 2.73 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |
| 2.74 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.75 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Home Depot | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.76 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Spectrum Business | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |

Debtor    DG Mechanical LLC _____    Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.77 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | City of Cincinnati<br>Finance | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.78 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Liberty Mutual<br>Insurance | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.79 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Owen Electric | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
| 2.80 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Habegger | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |
| 2.81 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☐ D _____<br>☒ E/F ___3.26___<br>☐ G _____ |
| 2.82 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Commonweath of<br>Kentucky DOR | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.83 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | The Huntington<br>National Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.84 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Rumpke Sanitation | ☐ D _____<br>☒ E/F ___3.19___<br>☐ G _____ |
| 2.85 | Russell Gardella | 3155 Creighton Forest Drive<br>Fleming Island, FL 32003 | Munninghoff Lange | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    DG Mechanical LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other | $0.00 |
   | For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | DG Mechanical LLC | Case number *(if known)* | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | Kapitus Servicing, Inc. vs DG Mechanical LLC D/B/A DG Mechanical<br>CL23001250-00 | | Hanover County Circuit Court<br>P.O. Box 39, 7507 Library Drive<br>Hanover, VA 23069-0039 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Byzfunder NY LLC vs DG Mechanical LLC D/B/A Dg Mechanical and Nicholas Craig Gardella<br>Unknown | | Supreme Court of the State of New York County of Erie<br>25 Delaware Ave,<br>Buffalo, NY 14202 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    DG Mechanical LLC _____    Case number *(if known)* _____

---

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Todd Henry<br>1555 Kingsley Ave, Suite 405<br>Orange Park, FL 32073 | Legal Services | 04/19/2023 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

---

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

---

| **Part 8:** | **Health Care Bankruptcies** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   DG Mechanical LLC                                         Case number *(if known)*

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  DG Mechanical LLC _____    Case number (if known) _____

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Baker Business and Tax Solutions<br>7405 Burlington Pike #201A<br>Florence, KY 41042 | 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Debtor | DG Mechanical LLC | Case number *(if known)* | |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nickolas Gardella | | President and Registered Agent | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   DG Mechanical LLC _____   Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ___July 14, 2023___

/s/   Nicholas Gardella _____          Nicholas Gardella _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   President & Registered Agent _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Florida

In re   DG Mechanical LLC _____    Case No. _____

                                          Debtor(s)         Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President & Registered Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 14, 2023 _____       /s/  Nicholas Gardella _____

                                                         Nicholas Gardella/President & Registered Agent
                                                         Signer/Title

A&S
5 Coordinator Drive
Erlanger, KY 41018


AGA
740 Walt Whitman Rd.
Melville, NY 11747-9090


ByzFunder NY LLC
263 W 38th Street St FL 13
New York, NY 10018


City of Cincinnati Finance
Income Tax Division
805 Central Avenue, Suite 600
Cincinnati, OH 45202


Commonweath of Kentucky DOR
Kentucky Department of Revenue
Frankfort, KY 40619


Complete Payment Recovery Services, Inc.
PO Box 30184
Tampa, FL 33630-3184


Corken
7910 Kentucky Drive
Florence, KY 41042


Everest Business Funding
102 W 38th Street, 6th Floor
New York, NY 10018


First Financial Bank
Oakbrook Branch: 6081 Limaburg Road
Burlington, KY 41005


First Financial Bank
P.O Box 42070
Middletown, OH 45042


Forward Financing LLC
53 State Street, 20th floor
Boston, MA 02109


Habegger
PO Box 23128
Cincinnati, OH 45223-0128


Home Depot
2455 Paces Ferry Road, NW
Atlanta, GA 30339


Inspection Bureau Inc.
250 W Court St #125 W
Cincinnati, OH 45202

Kapitus LLC
2500 Wilson Boulevard Suite 350
Arlington, VA 22201


Liberty Mutual Insurance
100 Liberty Way
Dover, NH 03820-4597


Munninghoff Lange
231 Scott Street, Ste 300
Covington, KY 41011


Nicholas Gardella
2024 Trailing Pines Way
Fleming Island, FL 32003


Owen Electric
8205 Highway 127 N PO Box 400
Owenton, KY 40359-0400


Quickbooks
2920 Muirfield Dr,
Lewisville, TX 75067


RNE Development LLC
2024 Trailing Pines Way
Fleming Island, FL 32003


Ruberg Law PLLC
25 Town Center Blvd
Ft Mitchell, KY 41017-2417


Ruberg Law, PLLC
25 Town Center Blvd. Suite 204
Ft Mitchell, KY 41017-2417


Rumpke Sanitation
3990 Generation Dr,
Cincinnati, OH 45251


Russell Gardella
3155 Creighton Forest Drive
Fleming Island, FL 32003


SBA Disaster Loan Serving
2 North 20th Street Suite 320
Birmingham, AL 35203


Spectrum Business
1600 Dublin Road
Columbus, OH 43215-1076


The Huntington National Bank
P.O. Box 1558 EA1W37
Columbus, OH 43216

The Huntington National Bank
P.O. Box 1558 EA1W37
Columbus, OH 43216


The Huntington National Bank
P.O. Box 1558 EA1W37
Columbus, OH 43216


The Huntington National Bank
P.O. Box 5065, OPC829
Cleveland, OH 44101


The Huntington National Bank
PO Box 182232, GW1W34
Columbus, OH 43218-2232


The Huntington National Bank
PO Box 1558
Columbus, OH 43216-1558


Trane
2313 S 20th Street
La Crosse, WI 54601


Wiseway
7103 Turfway Road, suite 100
Florence, KY 41042

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re __DG Mechanical LLC_____   Case No. _____
                                    Debtor(s)   Chapter   __7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................................   $ _____5,000.00

    Prior to the filing of this statement I have received ........................................................   $ _____5,000.00

    Balance Due .................................................................................................................   $ _____0.00

2.  The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

____July 14, 2023_____        /s/ Todd Henry_____
*Date*                                    Todd Henry 0077003
                                          *Signature of Attorney*
                                          Todd W. Henry, Law Office
                                          1555 Kingsley Avenue, Suite 405
                                          Orange Park, FL 32073
                                          (904) 264-6776   Fax:
                                          todd.henry@toddhenrylaw.com
                                          *Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re    DG Mechanical LLC _____

                                    Debtor(s)

Case No. _____

Chapter    7 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   DG Mechanical LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 14, 2023 _____
Date

/s/ Todd Henry _____
Todd Henry 0077003
Signature of Attorney or Litigant
Counsel for    DG Mechanical LLC _____
Todd W. Henry, Law Office
1555 Kingsley Avenue, Suite 405
Orange Park, FL 32073
(904) 264-6776  Fax:
todd.henry@toddhenrylaw.com